**No. 60950.**—A. Diagonale & Sons, Inc., and Alltransport, Inc., et al. *v.* United States, protests 249177–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shells similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiffs was sustained.